

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00157-CR

Steven Peter **MIRELES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2017-10-13127-CR
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2019.

_____
Rebeca C. Martinez, Justice